**Motions Dismissed as Moot; Appeal Dismissed and Memorandum Opinion filed November 8, 2022.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00643-CR

## EX PARTE DOMINIQUE LAVON DICKERSON

**On Appeal from the 337th District Court
Harris County, Texas
Trial Court Cause No. 1783029**

## MEMORANDUM OPINION

This appeal is from an order signed August 26, 2022. The appeal was to the Texas Court of Criminal Appeals but the Harris County District Clerk subsequently, and erroneously, assigned this cause to this court. On October 6, 2022, appellant advised this court of the error and moved to transfer the appeal. The State filed a response, agreeing the assignment to this court was erroneous.

Because this cause was erroneously assigned to this court, we dismiss the appeal. The notice of appeal filed in this court will be forwarded to the Texas Court of Criminal Appeals.

Appellant's pending motions to transfer this appeal and extend time to file a brief are dismissed as moot.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.

Do Not Publish – Tex. R. App. P. 47.2(b)